IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EBONI LYLES                                                                                                            PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:16-CV-154-TSL-RHW

QCHC Inc. d/b/a Quality Correctional Health Care
and KIMYUANA JACKSON                                         DEFENDANTS

## JOINT MOTION TO APPROVE SETTLEMENT

At a settlement conference held with Magistrate Judge Robert H. Walker on June 14, 2016, Defendants QCHC, Inc., and Kimyuana Jackson, and Plaintiff Eboni Lyles, reached a negotiated settlement of the Plaintiff's claims for unpaid overtime and retaliatory discharge under the Fair Labor Standards Act ("FLSA"). Defendants deny liability, but due to the uncertainty of litigation, agreed to a compromise resolution. Likewise, the Plaintiff agreed to accept a compromise settlement of her claims. Accordingly, the Parties hereby jointly move the Court to approve their Confidential Settlement Agreement, which is submitted for *en camera* review simultaneous with the filing of this motion.

DATED: July 29, 2016

Respectfully submitted,

/s/ Joel Dillard
FOR PLAINTIFF EBONI LYLES

Joel Dillard, Esq.
Joel Dillard, P.A.
405 Tombigbee Street
Jackson, MS 39201

2

/s/ Lewis W. Bell
FOR DEFENDANTS QCHC, INC and
KIMYUANA JACKSON

Justin A. Barkley (Admitted *Pro Hac Vice*)
Alabama Bar No.: ASB-3855-S76B
General Counsel
QCHC, Inc.
Quality Correctional Health Care
200 Narrows Parkway, Suite A
Birmingham, AL 35209

Lewis W. Bell (MSB No. 2337)
Walter J. Brand (MSB No. 4313)
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, Mississippi 39205
(601) 965-1900
lbell@watkinseager.com
wbrand@watkinseager.com