IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EBONI LYLES                                                                                              PLAINTIFF

VS.                                                               CIVIL ACTION NO. 3:16-CV-154-TSL-RHW

QCHC Inc. d/b/a Quality Correctional Health Care
and KIMYUANA JACKSON                                                                          DEFENDANTS

## ORDER APPROVING SETTLEMENT

THIS ACTION is before the Court on the joint motion of the plaintiff and defendants to approve settlement of this action.  The Court, having considered the motion, finds that it is well taken and should be granted.  The Court finds that plaintiff is represented by counsel and that the settlement of plaintiff's claims for unpaid overtime and retaliatory discharge under the Fair Labor Standards Act is fair and reasonable and is approved in all respects.

SO ORDERED, this the 1st day of August, 2016.

/s/Tom S. Lee_____
United States District Judge